

# Fourth Court of Appeals
## San Antonio, Texas

December 18, 2015

No. 04-15-00788-CR

Raymond **WARD,** Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 15-0238-CR-C
The Honorable William Old, Judge Presiding

# O R D E R

The trial court's certification in this appeal states, "this criminal case is a plea-bargain case, and the defendant has NO right of appeal." The record contains a plea agreement, and notice that appellant was admonished of the possible sentence range. Appellant's sentence does not exceed the noticed range of sentencing.

Texas Rule of Appellate Procedure Rule 25.2(d) requires that the record in an appeal brought by a criminal defendant must contain a certification of right to appeal. TEX. R. APP. P. 25.2(d). If the record does not contain a certification that shows the defendant has a right of appeal, the appeal must be dismissed. *Id.*

It is therefore ORDERED this appeal will be dismissed pursuant to rule 25.2(d) of the Texas Rules of Appellate Procedure unless appellant causes an amended trial court certification to be filed by January 4, 2016, showing appellant has the right of appeal. *See* TEX. R. APP. P. 25.2(d); 37.1; *see also Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005); *Daniels v. State*, 110 S.W.3d 174 (Tex. App.—San Antonio 2003, no pet.).

All other appellate deadlines are SUSPENDED pending resolution of the certification issue.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of December, 2015.

_____
Keith E. Hottle
Clerk of Court